No. 12–8575. HENRIQUES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8576. WATKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8589. MCKINLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8596. PINEDA-SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8602. GREEN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 12–8606. HARMER v. BRANDON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–782. MCMASTER ET AL. v. SMALL. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* denied. Certiorari denied.

No. 12–8035. MILLER v. MCCABE, WARDEN. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8473. GILES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8501. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–11255. EASLEY v. UNITED STATES, 565 U. S. 875;

No. 11–10412. HARDY v. WEST ET AL., *ante*, p. 842;

No. 11–10740. HOLSTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 859;

No. 12–568. PIERSON v. ORLANDO HEALTH, FKA ORLANDO REGIONAL HEALTHCARE SYSTEMS, INC., ET AL., *ante*, p. 1123;

No. 12–5306. MOORE v. FEDERAL BUREAU OF PRISONS, *ante*, p. 1144;

No. 12–5319.  HISTON v. CHAPPELL, WARDEN, *ante*, p. 1126;

No. 12–5436.  HALL v. CAIN, WARDEN, *ante*, p. 1114;

No. 12–6380.  SOLIS v. CALIFORNIA, *ante*, p. 1033;

No. 12–6677.  WASHINGTON v. VIRGA, WARDEN, *ante*, p. 1094;

No. 12–6691.  NOURN v. LATTIMORE, WARDEN, *ante*, p. 1095;

No. 12–6846.  PUGH v. OLDE PINK HOUSE RESTAURANT, *ante*, p. 1098;

No. 12–6851.  HAMILTON v. CHICAGO INSURANCE CO., *ante*, p. 1098;

No. 12–6902.  JOHNSON v. BRITISH PETROLEUM OF AMERICA, *ante*, p. 1100;

No. 12–6962.  JONES v. UNIVERSITY OF ROCHESTER, *ante*, p. 1102;

No. 12–7034.  COX v. BISCOE ET AL., *ante*, p. 1126;

No. 12–7044.  JOHNSON v. OHIO, *ante*, p. 1127;

No. 12–7075.  HOWARD v. HOWARD ET AL., *ante*, p. 1127;

No. 12–7137.  RICHARDSON v. UNITED STATES, *ante*, p. 1075;

No. 12–7160.  WILKINSON v. HOLLAND, ACTING WARDEN, *ante*, p. 1128;

No. 12–7245.  BERMUDEZ v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, *ante*, p. 1106;

No. 12–7275.  MCCALLISTER v. MCCALLISTER, *ante*, p. 1130;

No. 12–7290.  BOYD v. LEE, WARDEN, *ante*, p. 1131;

No. 12–7342.  PORTILLO v. UNITED STATES, *ante*, p. 1109;

No. 12–7482.  IN RE BALZAROTTI, *ante*, p. 1084;

No. 12–7492.  POWDRILL v. UNITED STATES, *ante*, p. 1112;

No. 12–7499.  PARIKH v. UNITED PARCEL SERVICE ET AL., *ante*, p. 1133; and

No. 12–7638.  COMPTON v. UNITED STATES, *ante*, p. 1134.  Petitions for rehearing denied.

No. 12–7586.  MACKEY v. GRABER, WARDEN, *ante*, p. 1139; and

No. 12–7621.  IN RE COCHRAN, *ante*, p. 1084.  Petitions for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.

MARCH 5, 2013

No. 12A857.  RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. SCHAD.  Application to vacate stay of execution